

# Fourth Court of Appeals
## San Antonio, Texas

November 27, 2024

No. 04-24-00656-CR

Latoya Marchelle **DOWDEN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2024CR006861W
Honorable Joel Perez, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED.

It is so **ORDERED** on November 27, 2024.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of November, 2024.

_____
Luz Estrada, Chief Deputy Clerk